IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT DIVISION

BRENDA EDWARDS                                                                                      PLAINTIFF

v.                                              CASE NO. 2:22-CV-2002

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                    DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc.15) from United States Magistrate Judge Mark Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this February 15, 2023

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE